missed with costs, per stipulation, on motion of *Mr. Dana Malone* for the defendant in error. *Mr. Junius Parker* for plaintiff in error. *Mr. Dana Malone* for defendant in error.

---

No. 3. TONY KERSCH, PLAINTIFF IN ERROR, *v.* THE CITY OF TOPEKA. In error to the Supreme Court of the State of Kansas. October 15, 1907. Dismissed with costs, on motion of *Mr. C. A. Magaw* for the plaintiff in error. *Mr. G. C. Clemens* and *Mr. C. A. Magaw* for plaintiff in error. No appearance for defendant in error.

---

No. 10. JAMES SHEASLEY, PLAINTIFF IN ERROR, *v.* THE STATE OF KANSAS. In error to the Supreme Court of the State of Kansas. October 15, 1907. Dismissed with costs, on motion of *Mr. C. A. Magaw*, the case having abated by reason of death of plaintiff in error. *Mr. G. C. Clemens* and *Mr. C. A. Magaw* for plaintiff in error. *Mr. C. C. Coleman* for defendant in error.

---

No. 349. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* CLARA ALFONSO Y BUENAVENTURA. In error to the Supreme Court of the Philippine Islands. October 21, 1907. Dismissed on motion of *Mr. Attorney-General Bonaparte* for the plaintiff in error. *The Attorney General* for plaintiff in error. No appearance for defendant in error.

---

No. 486. FERDINAND HOPP, PLAINTIFF IN ERROR, *v.* THOMAS H. PICKFORD. In error to the Court of Appeals of the District